DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellant,

v.

**JAVIER MATURANA** and **MADELINE MARTINEZ,**
Appellees.

No. 4D18-1447

[February 7, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 17-020737 (09).

Kathryn L. Ender of Cole, Scott & Kissane, P.A., Miami, and Brett R. Frankel and Jonathan M. Sabghir, Deerfield Beach, for appellant.

Kenneth R. Duboff of Duboff Law Firm, North Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***